UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.  8:12-cv-862-T-23TGW

TIMOTHY J. CHADEE
_____/

**ORDER**

In response to a referral of the defendant's motion under 28 U.S.C. § 2255, the magistrate judge recommends acceptance of the defendant's request to withdraw the Section 2255 motion, which arises from an alleged failure by counsel to file a notice of appeal in accord with the defendant's alleged instruction.  In the circumstances detailed in the report, which arguably permit an inference that the requested withdrawal is involuntary, the magistrate judge's recommendation is **DECLINED**, and the Section 2255 motion is **REMANDED** to the magistrate judge for a report and recommendation.  The Clerk is directed to assign this action to another magistrate judge, randomly selected.

ORDERED in Tampa, Florida, on December 18, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE