UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO. 8:10-cr-367-T-23EAJ
                                                                                            8:12-cv-862-T-23EAJ
TIMOTHY J. CHADEE
_____/

**ORDER**

Chadee moves (Doc. 5) to vacate his sentence under 28 U.S.C. § 2255. An earlier order (Doc 9) denies all grounds for relief except the claim that trial counsel rendered ineffective assistance by failing to appeal. The district court referred (Doc. 16) the motion to Magistrate Judge Elizabeth A. Jenkins. After conducting an evidentiary hearing, at which Chadee was represented by appointed counsel, the magistrate judge recommends denying the motion to vacate. Each party received a copy of the magistrate judge's report and recommendation, which advises the parties that they have fourteen days to file objections to the report and recommendation.

In her report and recommendation the magistrate judge credits the testimony of trial counsel — that Chadee neither wanted to appeal nor requested counsel to appeal — and rejects Chadee's testimony that he directed counsel to appeal. The deadline for objecting has passed and neither party has objected to the report and

recommendation.  Upon consideration, the court adopts the report and recommendation.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 25) is **ADOPTED**.  The motion to vacate sentence under Section 2255 (Doc. 5) is **DENIED**.  The clerk must enter a judgment against Chadee and close the case.

ORDERED in Tampa, Florida, on June 25, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE